UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLOBAL FLEET SALES, LLC,
ET AL.,

        Plaintiffs,                        No. 12-15471

v.                                     District Judge Laurie J. Michelson
                                       Magistrate Judge R. Steven Whalen

LEONARD JAMES DELUNAS,
ET AL.,

        Defendants.
_____/

**ORDER**

        Plaintiff has filed a Motion for a Protective Order Staying Expert Discovery During Pendency of Plaintiff's Motion to Compel and Extend Discovery [Doc. #98]. Plaintiff's previously filed motion to compel and to extend discovery [Doc. #92] is scheduled for hearing in three weeks, on October 27, 2015. The disposition of the motion to compel and extend may have an effect on the timing and substance of Plaintiff's expert's report, which is necessary for the expert's deposition. Given the relatively short time until the hearing on the Plaintiff's motion to compel and extend discovery, it would be prudent to stay expert discovery until that motion is decided.

        Accordingly, Plaintiff's Motion for Protective Order [Doc. #98] is GRANTED. Expert discovery is STAYED pending disposition of Plaintiff's motion to compel and to extend discovery [Doc. #92].

        IT IS SO ORDERED.

                                                s/R. Steven Whalen
                                                R. STEVEN WHALEN
                                                United States Magistrate Judge

Dated: October 6, 2015

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on October 6, 2015, electronically and/or by U.S. mail.

                                            s/C. Ciesla
                                            Case Manager